NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000200
12-OCT-2017
08:16 AM

NO. CAAP-16-0000200

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAROLYN UYEDA and JAY UYEDA, Petitioners-Appellees, v.
EVAN SCHERMER, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CASE NO. 3SS 15-1-153K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Leonard, JJ.)

Upon consideration of Petitioners-Appellees Carolyn Uyeda and Jay Uyeda's Motion for Reconsideration filed on October 6, 2017, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, October 12, 2017.

On the motion:

Lisa Strandtman,
for Petitioners-Appellees.

Chief Judge

Associate Judge

Associate Judge